IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

George Trenton Ricardo Bobbitt
December 04, 1964
ID#291981 · SID#374207
Western Correctional Institution
13800 McMullen Highway, SW
Cumberland, Maryland 21502

(Full name, date of birth, identification #, address of petitioner)
**Plaintiff**,

v.

Maryland Department of Public
Safety & Correctional Services (DPSCS),
Western Correctional Institution
Officer RoBey
Captain Gordon
Bradley O. Butler, Assistant Warden

(Full name and address of respondent)
**Defendant(s)**.

Case No.: GJH-20-648
(Leave blank. To be filled in by Court.)

APR 1 2 2021

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

## **COMPLAINT**

I. Previous Lawsuits

   A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

      YES ☐    NO ☑

   B. If you answered YES, describe that case(s) in the spaces below.

      1. Parties to the other case(s):

         Plaintiff: N/A

         Defendant(s): N/A

      2. Court (if a federal court name the district; if a state court name the city or county):
         N/A

3. Case No.: _N/A_

4. Date filed: _N/A_

5. Name of judge that handled the case: _N/A_

6. Disposition (won, dismissed, still pending, on appeal): _N/A_

7. Date of Disposition: _N/A_

II. Administrative Proceedings

   A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

   YES ☑   NO ☐

   1. If you answered YES:

      a. What was the result? _ARP dismissed, HQ Appeal dismissed_

      b. Did you appeal? _Appeal to IGO still pending..._
         YES ☑   NO ☐   _IGO No. 20200910_

   2. If you answered NO to either of the questions above, explain why: _N/A_

III. Statement of Claim
   (Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

(1) On February 26, 2020, Officer Robey opened my door, to my cell and requested for me to report to the building lobby. He stated "I need you to remove that boot from your foot, because I have to confiscate it, and for you to sign this confiscation form." (SEE ATTACHED)

III. Statement of Claim - continuation of pg. 4 of 13

2) That the boots are not allowed in this institution, cause they're made of hard plastic per Captain Gorden. You have an appointment today, the foot doctor will have to give you something else."

3) On my way to the medical department, I saw Mr. Butler, the security chief. I showed him the confiscation form, and told him what Officer Robey did. He replied, "if the officer took your boot, he must have had a reason, he wouldn't have just taken it for no reason."

4) While I was in the medical department waiting room, I observed two other inmates with CAM boots on their foot.

5) During my appointment with Dr. Berger, Podiatrist, I showed him the confiscation form, because he asked why I did not have the boot on my foot.

6) Dr. Berger had his assistance call to the housing unit in an attempt to recover the boot. No on responded. He then contacted the security chief who said I could not have the boot returned for security reasons.

## Legal Claims

7) Plaintiff Bobbitt used the prison grievance procedure at the Western Correctional Institution to try to resolve the problem. Grievance and appeal (attached as Exhibit A.)

8) Inmate Grievance Office Inquiry No. JOJO8910 dated August 14, 2020 from Ms. Sandra Holmes. Attached as exhibit B.

9) By having knowledge of Defendant Officer Robey's illegal action, failing to correct that misconduct, and by further authorization of the misconduct, Mr. Butler security chief at the time also violated Plaintiff Bobbitt's rights under the eighth Amendment to the United States Constitution and is causing Plaintiff Bobbitt pain, suffering and physical injury and emotional stress.

10) By Captain Gordon ordering Officer Robey to confiscate my CAM Boot a (medical device) both of them intentionally interferred with medically prescribed treatment.

11) Plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which Plaintiff seek.

IV. Relief
(State briefly what you want the Court to do for you.)

#4) That this court enter judgement: Granting Plaintiff Bobbitt a declaration that the acts and omissions described herein violate his rights under the Constitution and laws of the United States, and (SEE ATTACHED IV Relief Continuation)

SIGNED THIS __08__ day of __March__, __2021__.

_G. George T.R. Bobbitt_
Signature of Plaintiff

_George T.R. Bobbitt_
Printed Name

WCI
13800 McMullen Highway, SW
Address
Cumberland, MD 21502

_____
Telephone Number

Ø
_____
Email Address

IV. Relief pg 8 of 13 Continuation

2) Granting Plantiff Bobbitt compensatory damages against each defendant jointly and severally;

3) Plantiff Bobbitt seeks compensatory damages of $15,000 defendant Officer Robey only;

4) Plantiff also seeks punitive damages against each defendant jointly and severally;

5) Plantiff also seek a jury trial on all issues triable by jury;

6) Plantiff also seek recovery of the cost of this suit;

7) and any additional relief this Court deems just, proper and equitable.

Date March 08, 2021

Respectfully Submitted,

George T. R. Bobbitt
291981. SID# 374207
Western Correctional Institution
13800 McMullen Highway, SW
Cumberland, MD. 21502

## Verification

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Cumberland, MD. on March 08, 2021.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

George Trenton Ricardo Bobbitt
December 04, 1964
ID # 291981-374207
WCI
13800 McMullen Highway SW
Cumberland, MD 21502
(Full name, date of birth, identification #, address of petitioner)
**Plaintiff**,

v.

Maryland Department of Public
Safety & Correctional Services (DPSCS)
WCI
Officer Robey
Captain Gordon

Bradley O. Butler, Assistant Warden
(Full name and address of defendant)
**Defendant(s).**

Case No.: GJH-20-648
(Leave blank. To be filled in by Court.)

## CERTIFICATE OF SERVICE

I hereby certify that on March 08, 2021 a copy of _____ was mailed via first class mail, postage prepaid, to _____

M. George M. Bobbitt
Signature of Plaintiff

George Bobbitt #291981 SID #374207
Printed Name

WCI
13800 McMullen Highway, SW
Address

N/A
Telephone Number

N/A
Email Address

Instructions&Form1983 (09/2019)