IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GEORGE BOBBITT, #291-981 | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO.: GJH-20-648 |
| MARYLAND DEPARTMENT OF PUBIC SAFETY AND CORRECTIONAL SERVICES, *et al*. | * | |
| | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

Defendants, the Department of Public Safety and Correctional Services, Bradley O. Butler, David C. Robey, and William F. Gordon, by their attorneys, Brian E. Frosh, Attorney General of Maryland, and Stephanie Lane-Weber, Assistant Attorney General, move, pursuant to Fed.R.Civ.P. 12(b), to dismiss the complaint filed herein or, in the alternative, move, pursuant to Fed.R.Civ.P. 56 for summary judgment.   The grounds of the Motion are:

1.  The complaint fails to state a claim upon which the relief prayed can be granted.

2.  There is no genuine dispute as to any material fact and Defendants are entitled to judgment in their favor as a matter of law.

**WHEREFORE**, the Defendants pray that this Court dismiss the complaint against them or, in the alternative, award them summary judgment in this case.   In support of this Motion, Defendants submit the accompanying Memorandum of Law and Exhibits.

        Respectfully submitted,

        BRIAN E. FROSH
        Attorney General of Maryland


        _____/s/_____
        STEPHANIE LANE-WEBER
        Assistant Attorney General
        Federal Bar No. 00023

        St. Paul Plaza - 19th Floor
        200 St. Paul Place
        Baltimore, Maryland   21202
        (410) 576-6340 (Telephone)
        (410) 576-6880 (Telefax)
        E-mail: slaneweber@oag.state.md.us

        Attorneys for Defendants

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 13th day of September, 2021, a copy of the foregoing Motion to Dismiss or, in the Alternative, Motion for Summary Judgment and Memorandum in support thereof, will be mailed within 24 hours, postage prepaid to:

George Bobbitt, #291-981
Western Correctional Institution
13800 McMullen Highway, S.W.
Cumberland, Maryland 21502


        _____/s/_____
        STEPHANIE LANE-WEBER
        Assistant Attorney General